UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CONTEMPORARY DISPLAY LLC | Civil Action No. 1:18-cv-476 |
| Plaintiff | JURY TRIAL DEMANDED |
| v. | PATENT CASE |
| DISH NETWORK CORPORATION and DISH NETWORK L.L.C. | |
| Defendants | |

**DECLARATION OF BRITTON DAVIS IN SUPPORT OF DEFENDANT DISH
NETWORK CORPORATION'S MOTION TO DISMISS**

I, Britton Davis, declare as follows:

I am an attorney with King & Spalding, counsel in the above-captioned matter for
Defendants DISH Network Corporation and DISH Network L.L.C.  I have personal knowledge
of the following and, if called as a witness, could and would testify competently to the contents
of this declaration.

**1.**      Attached as **Exhibit 1** is a true and correct copy of Contemporary Display LLC's
Franchise Tax Account Status retrieved from the Texas Comptroller of Public Accounts online
Taxable Entity Search on September 6, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

Executed in Denver, Colorado, on this 7th day of September, 2018.

/s/ *Britton F. Davis*
Britton F. Davis