UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CONTEMPORARY DISPLAY LLC<br><br>Plaintiff<br><br>v.<br><br>DISH NETWORK CORPORATION and DISH Network L.L.C.<br><br>Defendant | Civil Action No. 1:18-cv-476<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## DECLARATION OF KEVIN GELSTON IN SUPPORT OF DISH NETWORK CORPORATION'S MOTION TO DISMISS

I, Kevin Gelston, declare as follows:

1. I am the Vice President of Corporate Accounting for DISH Network L.L.C.. I submit this declaration in support of DISH Network Corporation's Motion to Dismiss. Except as otherwise stated herein, this declaration is based upon my personal knowledge, the books and records at DISH Network Corporation, and/or information reported to me in the regular course of business by other individuals in the organization with personal knowledge of such facts. If sworn as a witness, I could and would testify to the matters referred to below.

2. DISH Network L.L.C. is an indirect subsidiary of DISH Network Corporation.

3. DISH Network Corporation is incorporated in Nevada and has a principal place of business in Colorado. DISH Network Corporation is a holding corporation, publicly holds itself out as a holding corporation and is publicly traded on the NASDAQ as "DISH".

4. DISH Network Corporation does not directly make, use, sell, offer for sale, or import products.

5. DISH Network Corporation does not directly own or rent property in Texas.

6. DISH Network Corporation itself has no stores, warehouses, call centers, or any other facilities in Texas.

7. DISH Network Corporation itself does not have any post office boxes or telephone listings in Texas.

8. DISH Network Corporation does not itself hold a mortgage on any real property in Texas and does not itself hold a lien on any real or personal property in Texas.

9. DISH Network Corporation is not incorporated in Texas and has no registered agent in Texas.

10. DISH Network Corporation does not have any employees. DISH Network Corporation has officers, none of whom are located in Texas. DISH Network Corporation's officers do not frequently travel to Texas.

11. DISH Network Corporation itself maintains no inventory of products in Texas.

12. DISH Network Corporation itself does not advertise any products in print, on billboards, or through any other media source in Texas.

13. DISH Network Corporation itself does not operate a website from which the public can purchase products or services.

14. DISH Network Corporation itself does not maintain equipment or other infrastructure to service customers in Texas.

15. DISH Network Corporation does not represent internally or externally that it has a presence in Texas.

16. DISH Network Corporation itself does not provide customer support to individuals in Texas.

17. DISH Network Corporation files super-combined tax returns in Texas that includes all of its subsidiaries' tax liabilities.

18. DISH Network Corporation observes corporate formalities separate from its subsidiaries.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6 day of September 2018 at Englewood, Colorado.

Respectfully submitted,

_____
Kevin Gelston