IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 25 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY

CONTEMPORARY DISPLAY, LLC, PLAINTIFF, §
§
§
V. § CAUSE NO. 1:18-CV-476-LY
§
DISH NETWORK CORPORATION AND §
DISH NETWORK, L.L.C, §
DEFENDANTS. §

**ORDER CLOSING CASE**

Before the court is the above-referenced cause. On April 21, 2022, the parties filed a Stipulation of Dismissal (Doc. #51) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 25th day of April, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE